

# NUMBER 13-07-00374-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

WILLIAM A. LONG, SR.,                                                    Appellant,

v.

JOHN CARROLL BOUDREAUX,                                           Appellee.

**On appeal from the 130th District Court of Matagorda County, Texas.**

# MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, William A. Long, Sr., pro se, appealed a judgment rendered against him in cause number 05-E-0499-C in the 130th District Court of Matagorda County, Texas. On December 18, 2007, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on August 15, 2007, and that the District Clerk of Matagorda County, Becky Denn, had notified this Court that appellant failed to make

arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution. Appellant failed to respond to the Court's notice.

The Court, having considered the documents on file and appellant's failure to respond, is of the opinion that the appeal should be dismissed. *See id.* 37.3, 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution. Pending motions are DISMISSED AS MOOT.

PER CURIAM

Memorandum Opinion delivered and
filed this the 10th day of April, 2008.

2